UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 15 12 10 PM '83
U.S. DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

CASE 83 0711 RPA

ORDER SETTING STATUS CONFERENCE

This action having been assigned to JUDGE ROBERT P. AGUILAR, IT IS HEREBY ORDERED that a status conference will be held in the United States Courthouse in San Francisco on Thursday, __5-19-3__, at 9:15 a.m. in Courtroom #2. THIS CONFERENCE WILL NOT BE CONTINUED BY STIPULATION OR OTHERWISE.

The parties shall appear in person or through their counsel and shall be prepared to discuss the future course of the litigation including, but not limited to, all matters covered in Local Rule 235-3(a)-(i). A written status statement must be filed with the Court ten (10) days in advance of the conference. The status statement shall be either a joint statement prepared and agreed to by the parties, or an individual statement prepared by each party. Status statements shall discuss the future course of the litigation, including matters covered in Local Rule 235-3(a)-(i).

At the conclusion of the conference, appropriate orders will be entered setting dates either for a further status conference, or for a pretrial conference, close of discovery and trial. Other orders regulating and controlling future proceedings may also be entered.

If a further status conference is held, a written status statement must be filed with the Court seven (7) days in advance of the conference. The status statement shall be either a joint statement prepared and agreed to by the parties, or an individual statement prepared by each party. Status statements shall discuss the future course of the litigation, including matters covered in Local Rule 235-3(a)-(i), and also shall specifically address the following matters:

(i) Conduciveness of a settlement conference.

(ii) Conduciveness of trial before a Magistrate.

(iii) Necessity of any special master proceedings.

(iv) Whether the further status conference would not be productive on the date set. If counsel assert that the further status conference as set would not be productive, counsel must set forth specific reasons (i.e., arbitration is pending), and suggest a new date for conducting the further status conference.

Failure to timely file any status statement required by the Court shall result in sanctions of $150.

If counsel is unable to appear at a conference, counsel must file a certificate with the Court not less than seven (7) calendar days prior to the date of the conference, stating why an appearance is impossible. Dates will be set and appropriate orders entered regardless of nonappearance. Counsel will be excused from appearing at a status conference only for good cause. Failure to appear at a

status conference without having filed a certificate of nonappearance setting forth good cause for nonappearance may result in imposition of the following sanctions: as to plaintiff, dismissal; as to defendant, entry of default judgment.

In addition to strict compliance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California, counsel must also afford the opposing party(ies) the broadest possible discovery consistent with any reasonable theory of relevance. Claims of privilege shall be narrowly construed.

Interrogatories shall be specifically directed to (1) securing the names, location, and probable testimony of witnesses, (2) the existence, location, and general description of relevant documents and other physical evidence, and (3) information concerning the transaction(s) upon which the claims for relief are based. Broadly generalized, boilerplate interrogatories will not be permitted.

All discovery matters are referred to the Chief Magistrate in accordance with Local Rule 405.

Failure to comply with this Order will result in the imposition of appropriate sanctions.

Plaintiff will serve copies of this Order at once upon all parties to this action and upon those subsequently joined in accordance with the provisions of Rules 5 and 6, Federal Rules of Civil Procedure, and file a certificate reflecting such service with the Clerk of the Court.

DATED: April 29, 1982.

ROBERT P. AGUILAR
United States District Judge

RPA - THURSDAY - 9:15 a.m.,
       90 days.

3