**FILED**

OCT 18 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOSEPH S. AMUNDSEN,

Defendant.

No. C 83-00711 WHA

**ORDER REQUESTING RESPONSE TO DEFENDANT'S REQUEST TO VACATE INJUNCTION**

Defendant has filed a request to vacate the injunction entered in this matter in 1983. The Commission shall respond to this request by **OCTOBER 25, 2010**.

**IT IS SO ORDERED.**

Dated: October 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

