IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>  v.<br><br>JOSEPH S. AMUNDSEN,<br><br>          Defendant.<br>                                                            / | No. C 83-00711 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

On November 15, 2010, an order denied defendant's motion to vacate an injunction entered in this matter in 1983. The injunction prevents defendant from "appearing or practicing before the [Securities and Exchange] Commission in any way." Defendant filed a notice of appeal of the order denying his motion, and that appeal is pending.

On November 22, 2010, the office of the Clerk of Court appears to have received a submission from defendant. It is dated signed on November 19. It appears and this order so construes it to be a motion for reconsideration of the order denying defendant's motion to vacate. The submission states: "Defendant petitioner (Amundsen) requests Court [sic] to reconsider Order Denying Motion to Vacate Injunction . . ." (Dkt. No. 19). Somehow, the motion did not get filed on the docket until February 2, 2011. (Though the docket backdates the filing to November 22, the motion was only *received* on that day, and has been in the building since that time, but was not filed until today.)

Defendant was not granted leave to file his motion for reconsideration as required under Civil Local Rule 7-9(a). Moreover, his submission repeats arguments found in his original motion to vacate the injunction and thus in other respects fails to warrant reconsideration under the terms of Civil Local Rule 7-9. Hence, defendant's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE