IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 83-00711 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DEFENDANT'S LETTER** |
| JOSEPH S. AMUNDSEN, | |
| Defendant. | |

Defendant has sent the Court a letter, thanking the Court for its consideration of his case. The letter also possibly ask for further reconsideration; it states, "It would be great if you would reconsider and take my side . . ." In case this is a second motion for reconsideration, this order denies leave to file such motion and denies reconsideration, under Civil Local Rule 7-9. If it is simply a letter to express appreciation and to keep the Court informed, that is very nice of defendant, but he need not file appellate papers with this Court in the future.

Dated: February 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE