**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

JOSEPH S. AMUNDSEN,

    Defendant.
_____/

No. C 83-00711 WHA

**ORDER STRIKING DEFENDANT'S ANSWER TO SEC REPLY**

*Pro se* defendant Joseph Amundsen has filed an "answer to SEC reply to defendant's answer to find defendant in civil contempt" (Dkt. No. 28). Pursuant to Civil Local Rule 7-3(d) "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval" unless new evidence has been submitted in the reply brief or the party seeks to file a statement of recent decision. Plaintiff filed its reply on November 22, 2011. The recent filing by defendant appears to be a summary of defendant's response brief and does not fall within one of the exceptions under Rule 7-3(d). Defendant did not obtain prior approval to make this filing. Thus, defendant's answer to the SEC reply is **STRICKEN**.

1  \*   \*   \*

2  In the recent filing, defendant asks for the exact location of the hearing. The hearing will
3  be held in Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
4  San Francisco, CA 94102.

6  **IT IS SO ORDERED.**

8  Dated: November 29, 2011.

   _____
   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE