**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

JOSEPH S. AMUNDSEN,

    Defendant.

No. C 83-00711 WHA

**REQUEST FOR FURTHER INFORMATION**

Having received the Commission's post-hearing submission dated December 19, 2011, the Court thanks the Commission for locating the regulation of "practice" as it existed in 1983. Before making a final ruling, the Court requests the following information: (1) how many such audit reports covering financial statements for broker-dealers by Mr. Amundsen were included in filings with the Commission since 1983 (and over what time period), (2) which of those broker-dealers were ever found to have engaged in irregularities in some way associated with their financial condition, and (3) what probable cause exists, if any, to believe that any such audit report by Mr. Amundsen was inaccurate or misleading.

The Commission shall respond **BY DECEMBER 30, 2011** and Mr. Amundsen may respond by **JANUARY 9, 2012 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 20, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2