IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

JOSEPH S. AMUNDSEN,

    Defendant.

No. C 83-00711 WHA

**REQUEST FOR ADDITIONAL INFORMATION**

By **FRIDAY, JANUARY 20, 2012, AT NOON**, both sides shall make submissions explaining the role of FINRA in the controversy and the term FOCUS. Is the Commission also trying to terminate his FINRA and FOCUS work, and, if so, on what basis? Is this true even for filings not signed by him but which include his work? Was FINRA even in existence in 1983? In addition, please state the date Mr. Amundsen regained his CPA license and the date of the first audit report by him covering financial statements filed with the Commission after the consent decree.

**IT IS SO ORDERED.**

Dated: January 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE