IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH S. AMUNDSEN,<br><br>    Defendant.<br>_____ / | No. C 83-00711 WHA<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO VACATE INJUNCTION** |

      The Court is in receipt of defendant Joseph Amundsen's request to vacate injunction. Although the request was not properly noticed as a motion, as required by Civil Local Rule 7-2, a hearing date will be set for **8 A.M. ON MARCH 8, 2012**. Plaintiff's opposition brief shall be due **FEBRUARY 10.** The reply shall be due **FEBRUARY 21.** The Court recommends Mr. Amundsen retain counsel to advise him in this action.

      **IT IS SO ORDERED.**

Dated: January 27, 2012.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE