IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH S. AMUNDSEN,<br><br>    Defendant.<br>_____/ | No. C 83-00711 WHA<br><br>**ORDER DENYING REQUEST FOR STAY OF INJUNCTION** |

      Defendant Joseph S. Amundsen has filed a request for a stay of injunction pending appeal of this Court's order dated November 15, 2010, denying defendant's motion to vacate the injunction. Our court of appeals recently issued a memorandum opinion affirming the order dated November 15, 2010. Thus, the request for stay of injunction is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

Dated: April 20, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE