IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  v.

JOSEPH S. AMUNDSEN,

    Defendant.

No. C 83-00711 WHA

**ORDER RE PETITION
TO VACATE ACTION**

On December 9, 2014, the undersigned judge received *pro se* defendant Joseph S. Amundsen's latest petition "to vacate action" and to reconsider its prior order (Dkt. Nos. 63–64). By way of background, this action was reassigned from Judge Robert P. Aguilar to the undersigned judge in 2010, after Mr. Amundsen had signed a consent "Final Judgment of Permanent Injunction" with the Securities and Exchange Commission in February 1983. Since then, Mr. Amundsen has submitted several motions and requests to vacate that permanent injunction, all of which have been denied to date.

Accordingly, the Commission is requested to please respond to Mr. Amundsen's latest petitions. That response is due by **6:00 PM ON DECEMBER 19, 2014**. Any reply thereto must then be received by **DECEMBER 26, 2014**.

**IT IS SO ORDERED.**

Dated: December 10, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE