IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH S. AMUNDSEN,

    Defendant.

No. C 83-00711 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION**

*Pro Se* defendant Joseph S. Amundsen has filed two new motions to vacate the permanent injunction from his 1983 case. The background of this action is found in prior orders (*see, e.g.*, Dkt. No. 39). In brief, this action was reassigned from Judge Robert P. Aguilar to the undersigned judge in 2010. That came after defendant, a then-certified public accountant, had voluntarily signed a consent "Final Judgment of Permanent Injunction" with the SEC, due to defendant's deficient audit report on a financial statement for Olympic Oil and Gas Company. As a result, the 1983 consent judgment permanently enjoined defendant from "appearing or practicing before the Commission in any way," among other things (Dkt. No. 3 at 3).

On November 21, 2014, the undersigned judge denied defendant's latest petition to vacate the injunction (Dkt. No. 62). Defendant now moves for reconsideration of that order and seeks relief from the injunction, but fails to identify any new basis or facts that would warrant reconsideration.

For the same reasons laid out in the Court's November 21 order, defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE