IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH S. AMUNDSEN,

    Defendant.

No. C 83-00711 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION**

*Pro Se* defendant Joseph Amundsen has filed another motion to vacate the permanent injunction from his 1983 case. The background of this action is found in prior orders (*see, e.g.*, Dkt. No. 39). In brief, this action was reassigned from Judge Robert Aguilar to the undersigned judge in 2010. That came after defendant, a then-certified public accountant, had voluntarily signed a consent "Final Judgment of Permanent Injunction" with the SEC, due to defendant's deficient audit report on a financial statement for Olympic Oil and Gas Company. As a result, the 1983 consent judgment permanently enjoined defendant from "appearing or practicing before the Commission in any way," among other things (Dkt. No. 3 at 3).

On October 19, 2015, the undersigned judge denied defendant's motion for reconsideration of the denial of a prior petition to vacate the injunction (Dkt. No. 77). Defendant now makes a new request to vacate the injunction now moves for reconsideration of

that order, but fails to identify any new basis or facts that would warrant reconsideration of this perennial issue.

For the same reasons stated in numerous prior orders on similar or identical petitions, this petition is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE