UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH S. AMUNDSEN,<br><br>   Defendant. | No. C 83-00711 WHA<br><br>**ORDER DENYING PETITION TO VACATE INJUNCTION** |

  In 1983, the Securities and Exchange Commission filed a complaint against defendant Joseph Amundsen, then a certified public accountant, alleging that defendant misrepresented material facts in audit reports he had prepared in connection with securities of Olympic Oil and Gas, Inc. The complaint further alleged that defendant had made false statements under oath to the SEC staff investigating him. Defendant, proceeding pro se, voluntarily signed a consent "Final Judgment of Permanent Injunction." The 1983 consent judgment permanently enjoined defendant from "appearing or practicing before the Commission in any way" (Dkt. Nos. 1–3).

  This matter was assigned to the undersigned in 2010. Defendant has, since then, moved to vacate the agreed-to injunction on a regular basis, creating the following record:

- **Dkt. No. 14**: ORDER DENYING MOTION TO VACATE INJUNCTION.
- **Dkt. No. 20**: ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 46:**  ORDER DENYING MOTION TO VACATE INJUNCTION.

- **Dkt. No. 50:**  ORDER DENYING REQUEST FOR STAY OF INJUNCTION PENDING APPEAL.

- **Dkt. No. 62**:  ORDER DENYING PETITION TO VACATE INJUNCTION.

- **Dkt. No. 69:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 71:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 73:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 75:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 77:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 81:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 83:**  ORDER DENYING PETITION TO DISSOLVE PERMANENT INJUNCTION.

- **Dkt. No. 85:**  ORDER DENYING PETITION TO VACATE PERMANENT INJUNCTION.

- **Dkt. No. 87:**  ORDER DENYING PETITION TO RECONSIDER.

- **Dkt. No. 89:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 101:**  ORDER DENYING MOTION TO PARTIALLY VACATE INJUNCTION AND FOR RECONSIDERATION.

- **Dkt. No. 105:**  ORDER DENYING MOTION FOR RECONSIDERATION.

- **Dkt. No. 110:**  ORDER DENYING MOTION FOR STAY PENDING APPEAL.

- **Dkt. No. 139:**  ORDER FINDING DEFENDANT IN CIVIL CONTEMPT . . . [AND] DENYING 119 MOTION FOR SUMMARY JUDGMENT; DENYING 125 MOTION FOR SUMMARY JUDGMENT; DENYING 129 MOTION FOR SUMMARY JUDGMENT; DENYING 129 MOTION TO VACATE.

- **Dkt. No. 144:** ORDER DENYING 141 MOTION FOR RECONSIDERATION.
- **Dkt. No. 147:** ORDER DENYING 146 MOTION FOR RECONSIDERATION.
- **Dkt. No. 158:** ORDER DENYING 157 MOTION TO VACATE.
- **Dkt. No. 164:** ORDER [DENYING] 161 PETITION TO VACATE.
- **Dkt. No. 168:** ORDER [DENYING] 165 MOTION FOR RECONSIDERATION.
- **Dkt. No. 171:** ORDER DENYING 169 PETITION TO PARTIALLY VACATE.

Defendant has moved to vacate the injunction yet again (Dkt. No. 176), and the Commission has opposed (Dkt. No. 177). "A party seeking modification of a consent decree may meet its initial burden by showing either a significant change either in factual conditions or in law." *Rufo v. Inmates of Suffolk Cnty. Jail*, 502 U.S. 367, 384 (1992). As before, all stated grounds fail to support defendant's position. The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 23, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE